cited thereunder. See, also, Weatherford v. State, Tex.Cr.App., 103 S.W. 632.

■ The court's instructions to the jury appear to have properly covered the case. Appellant lodged many objections to the charge and requested special charges regarding the matters which were the subject of his objections. It would extend this opinion beyond pardonable limits to discuss each question thus raised. The material matters were embraced in the court's instructions. Some of the special charges requested were on the weight of the evidence and were properly refused as were others not embracing sound principles of law.

Finding no errors demanding a reversal, the judgment is affirmed.

## WILSON v. STATE.

### No. 22047.

Court of Criminal Appeals of Texas.

April 1, 1942.

F. M. Sheffield, of Beaumont, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted on a charge of rape and assessed a penalty of five years in the penitentiary.

The procedure appears to be regular. No statement of facts or bills of exception

 

are presented and there is nothing for this court to review.

The judgment of the trial court is affirmed.